Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC, a New York Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>LINE FINANCIAL, PBC, a Delaware Corporation; and DOES 1-10,<br><br>Defendants. | Case No.<br><br>Plaintiff's Complaint for Copyright Infringement<br><br>**Jury Trial Demanded** |

Plaintiff August Image, LLC hereby prays to this honorable Court for relief based on the following:

## JURISDICTION AND VENUE

1.    This action arises under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq.*

2.    This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a)-(b).

3.    Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) because this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

**PARTIES**

4.      August is a New York limited liability company with its principal place of business located at 793 Broadway, 2nd Floor, New York, NY 10003. August, a full-service rights managed collection, represents an elite group of portrait, lifestyle, beauty, and fashion photographers for editorial and commercial licensing. As the exclusive administrator and syndicator of the photographs at issue in this case and the copyrights therein, August is entitled to institute and maintain this action under 17 U.S.C. § 501(b).

5.      Defendant Line Financial, PBC is a Delaware corporation with its principal place of business located at 353 Sacramento Street, San Francisco, CA 94111, and is the owner, operator, and/or controller of the commercial website useline.com (now trybeem.com) and its related/affiliated subdomains, mobile websites, social media pages, and applications (collectively, "Line Financial's Websites").

6.      Upon information and belief, Defendants Does 1 through 10 (collectively, "Doe Defendants") (altogether with Line Financial, "Defendants"), are other parties not yet identified who have infringed the asserted copyrights, have contributed to the infringement of those copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual, or otherwise, of Doe Defendants are presently unknown to August, which therefore sues said Doe Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when the same have been ascertained.

7.      Upon information and belief, each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the other Defendants, and was at all times acting within the scope of such agency, affiliation, alter-ego relationship, and/or employment; and actively participated in, subsequently ratified, and/or adopted each of the acts or conduct alleged, with full

1  knowledge of each violation of August's rights and the damages to August's

2  proximately caused thereby.

## LINE FINANCIAL'S UNAUTHORIZED USES OF
## THE SUBJECT PHOTOGRAPHS

5      8.      August is the exclusive administrator and syndicator of 20 original

6  photographs registered with the U.S. Copyright Office and the copyrights therein

7  (collectively, the "Subject Photographs"), and represents the photographers who

8  took the Subject Photographs. Accordingly, August has standing to maintain this

9  action under 17 U.S.C. § 501(b).

10     9.      Following the publication and display of the Subject Photographs,

11  Defendants, and each of them, copied, stored, displayed, reproduced, distributed,

12  created derivative works of, and/or otherwise exploited the Subject Photographs on

13  Line Financial's Websites without a license, authorization, or consent from August

14  (collectively, the "Accused Posts").

15     10.     The Subject Photographs and screen captures of the Accused Posts are

16  set forth in **Exhibit 1**.

17     11.     To the extent Line Financial exploited the Accused Posts (and/or

18  any/all other copies of the Subject Photographs) more than three years before the

19  filing of this case, August did not know, and had no reason to know, of such

20  exploitation(s).

21     12.     In April 2023, August sent correspondence to Line Financial

22  demanding that it remove the Accused Posts from its Websites and provide August

23  with information regarding the full scope of Line Financial's uses of the Subject

24  Photographs in an effort to explore an amicable resolution to this dispute. Because

25  Line Financial did not respond, August now seeks relief from this Court

## FIRST CLAIM FOR RELIEF

(For Copyright Infringement – Against All Defendants)

13.     August incorporates by reference the allegations contained in the preceding paragraphs.

14.     Upon information and belief, Defendants, and each of them, accessed the Subject Photographs by, among other things, viewing the Subject Photographs at August's and/or the relevant photographers' website(s), profiles, exhibitions, and/or social media pages; through third-party publications, websites, or Internet search engines; and/or because the Accused Posts are verbatim reproductions of, and thus strikingly similar to, the Subject Photographs.

15.     Upon information and belief, Defendants, and each of them, copied, stored, displayed, reproduced, distributed, created derivative works of, and/or otherwise exploited the Subject Photographs on Line Financial's Websites without a license, authorization, or consent from August, including as shown in **Exhibit 1**.

16.     Due to Defendants' acts of copyright infringement, August has suffered damages in an amount to be established at trial.

17.     Due to Defendants' acts of copyright infringement, Defendants, and each of them, have obtained profits they would not have realized but for their infringement of the copyrights in the Subject Photographs. As such, August is entitled to disgorgement of Defendants' profits attributable to Defendants' infringement of the copyrights in the Subject Photographs in an amount to be established at trial.

18.     Upon information and belief, Defendants, and each of them, infringed the copyrights in the Subject Photographs willfully, with reckless disregard, or with willful blindness.

## **PRAYER FOR RELIEF**

Wherefore, August prays for judgment as follows:

    a.  That Defendants, each of them, their respective agents, and anyone working in concert with Defendants' and/or their agents, be enjoined from copying, storing, displaying, reproducing, creating derivative

works of, distributing, and/or otherwise exploiting the Subject Photographs without a license, authorization, or consent from Plaintiff in a manner that infringes the copyrights in the Subject Photographs;

b.  That Plaintiff be awarded all Defendants' profits, and all Plaintiff's losses, attributable to Defendants' infringement, the exact sum to be proven at the time of trial; or alternatively, if elected, statutory damages as available under 17 U.S.C. § 504;

c.  That Plaintiff be awarded its costs and fees as available under 17 U.S.C. § 505;

d.  That Plaintiff be awarded pre-judgment interest as allowed by law;

e.  That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.


Respectfully submitted,

Dated: July 10, 2023          By:    /s/ *Stephen M. Doniger*
                                     Stephen M. Doniger, Esq.
                                     Benjamin F. Tookey, Esq.
                                     DONIGER/BURROUGHS
                                     Attorneys for Plaintiff

COMPLAINT