Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
Benjamin F. Tookey, Esq. (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| August Image, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Line Financial, PBC, et al.,<br><br>Defendants. | Case No. 2:23-cv-05492-WLH-AS<br>*Hon. Wesley L. Hsu Presiding*<br><br>**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT LINE FINANCIAL, PBC; DECLARATION OF STEPHEN M. DONIGER IN SUPPORT THEREOF** |

**TO THE CLERK OF THIS COURT**:

Plaintiff August Image, LLC hereby requests that the Clerk of this Court enter default in this matter against Defendant Line Financial, PBC ("Defendant") on the grounds that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

August served the operative Complaint and Summons on Defendant (Dkt. 10). To date, Defendant has not filed a response to the Complaint, and its timing for filing a response has expired and default should be entered. *See* Doniger Decl. ¶¶ 2-4.

Dated: August 25, 2023          By:    */s/ Stephen M. Doniger*
                                       Stephen M. Doniger, Esq.
                                       Benjamin F. Tookey, Esq.
                                       DONIGER / BURROUGHS
                                       Attorneys for Plaintiff

**DECLARATION OF STEPHEN M. DONIGER**

I, Stephen M. Doniger, declare as follows:

1. I am above eighteen (18) years of age and not a party to this action. I am a partner with Doniger / Burroughs, APC, and represent Plaintiff August Image, LLC in this action. I am able to competently testify to the following if called upon to do so.

2. August has filed this action for copyright infringement, and Defendant Line Financial, PBC is a named Defendant.

3. My firm served the Complaint and Summons in this action on Defendant. Dkt. 10.

4. To date, Defendant has not filed a response to the Complaint, and its time period for doing so expired, as such default should be entered against Defendant Line Financial, PBC per F. R. Civ. P. 55(a).

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct.

Executed in Venice, California on August 25, 2023.

By: */s/ Stephen M. Doniger*
Stephen M. Doniger
Declarant

REQUEST FOR ENTRY OF DEFAULT