Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LINE FINANCIAL, PBC; et al.,<br><br>Defendants. | Case No. 2:23-cv-05492-WLH-AS<br>*Hon. Wesley L. Hsu Presiding*<br><br>**Discovery Matter: Referred to Hon. Alka Sagar**<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY RE: PLAINTIFF'S MOTION TO COMPEL COMPLETE DISCOVERY RESPONSES FROM DEFENDANT (DKT. 36) AND SUPPLEMENTAL MEMORANDUM IN SUPPORT THEREOF (DKT. 39)**<br><br>Hearing Date: April 30, 2024<br>Hearing Time: 10:00 a.m.<br>Courtroom: 540<br>Pre-Trial Conf.: Nov. 22, 2024<br>Trial Date: Dec. 10, 2024<br>Fact Discovery Cut-Off: Aug. 9, 2024 |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff August Image, LLC hereby submits, as Exhibit 1 hereto, the April 24, 2024 decision of Hon. Rozella A. Oliver, U.S. Magistrate Judge, granting Plaintiff's motion to compel in *Creative Photographers, Inc. v. Line Financial, PBC*, Case No. 2:23-cv-05419-JFW-RAO, Dkt. 42 (C.D. Cal. Apr. 24, 2024).

In that case, the same party (Defendant Line Financial, PBC) resisted essentially identical discovery through the same defense counsel of record. The Plaintiff, Creative Photographers, Inc. ("CPI"), is represented by undersigned counsel, who also represents August. Both plaintiffs are photographic syndication companies. Both cases involve nearly identical factual allegations—that Defendant infringed the copyrights in original photographs by displaying them on its commercial website without permission. And in both cases, the Plaintiffs had to file motions to compel regarding the same discovery requests and issues—i.e., the same RFAs, the same ROG, the same RFPs, and Defendant's same failure to produce any documents to date. On April 24, aside from one ruling,[1] Judge Oliver granted CPI's motion to compel in full. Therefore, August respectfully submits that this supplemental authority is highly relevant to the determination of August's pending motion to compel regarding the same discovery requests and issues.

Respectfully submitted,

Dated: April 25, 2024      By:   */s/ Stephen M. Doniger*
                                 Stephen M. Doniger, Esq.
                                 Benjamin F. Tookey, Esq.
                                 *Attorneys for Plaintiff*

---

[1] With respect to the definition of "Accused Posts," Judge Oliver held: "[T]he Court will direct Line PBC to construe 'Accused Posts' to mean the posts displayed at the URLs that the parties have exchanged. With that construction, the Court overrules any objections raised by Line PBC regarding the definition of 'Accused Posts' with respect to the pending discovery disputes." Ex. 1 at 3 of 9.