# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| August Image, LLC<br><br>v.<br><br>Line Financial, PBC et al<br><br>Plaintiff(s) / Defendant(s) | **CASE NUMBER:**<br>CV23-05492-WLH (ASx)<br><br>**MOTION RE: INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Sagar. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required   ☒ Hearing Required
☐ In-Person Court Hearing
☐ Video Conference
☒ Telephonic

Magistrate Judge: Alka Sagar

Date/Time: August 15, 2024 at 10:00 a.m.

Courtroom: A call-in number and password will be e-mailed to the parties.

Dated: August 5, 2024

By: Alma Felix
Deputy Clerk