Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
*Attorneys for Plaintiff*

Morgan E. Pietz (SBN 260629)
morgan@pstrials.com
Matthew A. Trejo (SBN 320464)
matt@pstrials.com
PIETZ & SHAHRIARI, LLP
6700 S. Centinela Avenue, 2nd Floor
Culver City, CA 90230
Telephone:   (310) 424-5557
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LINE FINANCIAL, PBC; et al.,<br><br>Defendants. | Case No. 2:23-cv-05492-WLH-AS<br>*Hon. Wesley L. Hsu Presiding*<br><br>**STIPULATION REGARDING MOTION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>Complaint Filed: 07/10/2023<br>Trial Date: Dec. 02/24/2025<br>Fact Discovery Cut-Off: 10/11/2024<br>Motion Cut-Off: 12/06/2024 |

The Plaintiff, AUGUST IMAGE, LLC ("Plaintiff"), and the Defendant, LINE FINANCIAL, PBC ("Defendant") (collectively the "Parties"), hereby stipulate, by and through their undersigned counsel of record, as follows:

WHEREAS, the Parties both intend to file motions for summary judgement, or, in the alternative, partial summary judgment.

WHEREAS, the Court's Standing Order re MSJ (ECF No. 29) provides a briefing schedule for motions for summary judgment, and the Scheduling Order (ECF No. 44) provides a slightly different set of dates for the opening and responding briefs for summary judgment (the reply brief deadline is the same date in both).

WHEREAS, the Parties enter into this stipulation to clarify the briefing schedule for their respective motions and to keep the Court informed.

NOW THEREFORE, the Parities hereby stipulate that:

1. The Parties will file one Joint Brief concerning both of their respective motions.

2. Defendant is the moving party.

3. Defendant will serve the moving party's portion of the Joint Brief in support of Defendant's motion, together with the moving party's portion of the Joint Appendix of Facts and Joint Appendix of Evidence, and Plaintiff will serve Opposing Party's brief in support of its cross-motion, together with its portion of the Joint Appendix of Facts and Joint Appendix of Evidence to support its motion, by 10/17/2025.

4. Plaintiff will serve Opposing Party's Portion of the Joint Brief, Joint Appendix of Facts, Joint Appendix of Evidence in opposition to Defendant's motion, and a list of its evidentiary objections to be included in the Joint Appendix of Objections (JAO), and Defendant will serve its opposition to Plaintiff's cross-motion, Joint Appendix of Facts, Joint Appendix of Evidence, and a list of its

STIPULATION REGARDING MOTION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE

evidentiary objections to be included in the Joint Appendix of Objections (JAO) in opposition to plaintiff's cross-motion, by 10/31/2024.

5.    Defendant will file prepare an integrated version of the Joint Brief, Joint Appendix of Facts, Joint Appendix of Evidence, Joint Appendix of Objections and provide it to Plaintiff by 11/1/24. Each party shall then note in the Joint Appendix of Facts whether any facts added by the opposing party are disputed or undisputed and their responses to the evidentiary objections made by the other party in the Joint Appendix of Objections. Plaintiff shall then provide its final portions to Defendants who shall then finalize and file it by 11/4/2024.

6.    Defendant will file its Reply Brief in support of its motion and Plaintiff will file its Reply Brief in support of its cross-motion, by 11/15/2024.

7.    The hearing for the parties' motions will be on 12/6/2024 at 1:30 PM.

Respectfully submitted,

Dated: October 11, 2024       By:  */s/ Stephen M. Doniger*
                              Stephen M. Doniger, Esq.
                              Benjamin F. Tookey, Esq.
                              *Attorneys for Plaintiff*

Dated: October 11, 2024       By:  */s/ Morgan E. Pietz*
                               Morgan E. Pietz (SBN 260629)
                              morgan@pstrials.com
                              Matthew A. Trejo (SBN 320464)
                              matt@pstrials.com
                              PIETZ & SHAHRIARI, LLP
                              6700 S. Centinela Avenue, 2nd Floor
                              Culver City, CA 90230
                              Telephone:  (310) 424-5557
                              Facsimile:   (310) 597-4626
                              *Attorney for Defendant*

STIPULATION REGARDING MOTION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE

Pursuant to Civil L.R. 5-4, the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

STIPULATION REGARDING MOTION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE