Morgan E. Pietz (SBN 260629)
　morgan@pstrials.com
Matthew A. Trejo (SBN 320464)
　matt@pstrials.com
PIETZ & SHAHRIARI, LLP
6700 S. Centinela Avenue, 2nd Floor
Culver City, CA 90230
Telephone:　(310) 424-5557
Facsimile:　(310) 597-4626

Attorneys for Defendant
*LINE FINANCIAL PBC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC, a New York Limited Liability Company,<br><br>　　　Plaintiff,<br><br>v.<br><br>LINE FINANCIAL PBC, a Delaware Corporation; and DOES 1-10,<br><br>　　　Defendant(s). | Case No. 2:23-cv-05492-WLH-AS<br><br>Assigned to: Honorable Wesley L. Hsu, United States District Judge<br><br>Referred to: Honorable Alka Sagar, United States Magistrate Judge<br><br>Action Filed:　　　　07/10/2023<br>Fact Discovery Cutoff:　10/11/2024<br>Final Pretrial Conf.:　　02/07/2025<br>Trial Date:　　　　　02/24/2025<br><br>**DEFENDANT LINE PBC'S APPLICATION TO SEAL CERTAIN DOCUMENTS RELATED TO ITS MOTION FOR SANCTIONS**<br><br>[*Filed concurrently with Defendant Line PBC's Motion for Sanctions, which was noticed for hearing on December 13, 2024*] |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Pursuant to Civil L.R. 79-5.2.2, Defendant Line Financial PBC ("Defendant" or "Filing Party") respectfully submits this Application concerning certain documents and exhibits in support of its Motion for Sanctions.

Specifically, the following documents used in Defendant's Motion for Sanctions are the subject of this Application:

1. **Defendant's Memorandum of Points and Authorities in Support of its Motion for Sanctions**. This memorandum references information in Exhibits 134 and 135 that the plaintiff has designated as Confidential.

2. **Declaration of Morgan E. Pietz in Support of Motion for Sanctions**. This declaration may not contain any information designated as Confidential information, but since it discusses exhibits the plaintiff has previously designated as confidential, including Exhibits 134 and 135, Line PBC is applying to seal it out of an abundance of caution.

3. **Exhibit 134** to the Declaration of Morgan E. Pietz in support of Defendant's Motion for Sanctions, which is a true and correct copy of excerpts of August Image's October 7, 2024 Production – [August 861-868] (portions designated CONFIDENTIAL by Plaintiff).

4. **Exhibit 135** to the Declaration of Morgan E. Pietz in support of Defendant's Motion for Sanctions, which is a true and correct copy of August Image's October 10, 2024 Production – [August 1057-1065] (entirety designated CONFIDENTIAL by Plaintiff).

Certain quoted language in Defendant's memorandum of points and authorities in support of its Motion for Sanctions was taken from documents that were designated by Plaintiff as "confidential" under the Stipulated Protective Order ("SPO") entered in this case (Dkt. 34).

Certain statements in the Declaration of Morgan E. Pietz in Support of Defendant's Motion for Sanctions are referencing information contained in documents that were designated by Plaintiff as "confidential" under the Stipulated Protective Order ("SPO") entered in this case (Dkt. 34). Moreover, the portions of Exhibit 134 and all of Exhibit 135 were designated by Plaintiff as "confidential" under the Stipulated Protective Order ("SPO") entered in this case (Dkt. 34).

Plaintiff, not Line PBC, is the Designating Party with respect to all of the information sought to be sealed. As such, and pursuant to L.R. 79-5.2.2(b)(i), within 4 days of filing this Application, August must file a declaration establishing that all or part of the designated material is sealable, by showing good cause or demonstrating compelling reasons why the strong presumption of public access in civil cases should be overcome, with citations to the applicable legal standard.

The parties conducted a meet and confer discussion to try and minimize the need to seal information related to this motion on October 29, 2024 and agreed to redact certain information, as set forward in the accompanying Sealed Declaration of Matthew A. Trejo.

                                    Respectfully Submitted,

Dated: November 8, 2024        PIETZ & SHAHRIARI, LLP

                              By: */s/ Matthew A. Trejo*
                                  Morgan E. Pietz
                                  Matthew A. Trejo
                                  *Attorney for Defendant*
                                  *Line Financial Health Network*