

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar <br><br> of <br><br> Judge MICHELLE WILLIAMS COURT | ORDER OF THE CHIEF JUDGE <br><br> 24-158 |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Michelle Williams Court,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Wesley L. Hsu to the calendar of Judge Michelle Williams Court:

| | |
|---|---|
| 2:22-cv-06786-WLH-JCx | Anthony Assi et al v. LenderFi, Inc. |
| 2:23-cv-05492-WLH-ASx | August Image, LLC v. Line Financial, PBC et al |
| 2:23-cv-06225-WLH-AGRx | Beckham Cardona v. County of Los Angeles et al |
| 2:23-cv-08040-WLH-E | Pedro Torres v. Warden |
| 2:23-cv-08170-WLH-PDx | Tyrea Cherry v. Experian Information Solutions, Inc. |
| 2:23-cv-10799-WLH-SSCx | Jasmina Molano v. City of Los Angeles et al |
| 2:24-cv-06764-WLH-PDx | Ana Ventura v. Raul Ramirez et al |
| 2:24-cv-06945-WLH-AGRx | Morgan Danae Viloria et al v. Ford Motor Company et al |
| 2:24-cv-07502-WLH-MAAx | Skye Griffin v. Elizabeth Chen et al |
| 2:24-cv-08280-WLH-Ex | Electric Solidus, Inc. v. Proton Management LTD. et al |
| 2:24-cv-08857-WLH-JDE | Santistevan v. Marquez et al |
| 5:23-cv-02375-WLH-SHKx | Faustino Camacho Rios v. Mercedes-Benz USA, LLC et al |

In the Matter of the
Creation of Calendar for
District Judge Michelle Williams Court                                                    2

| 8:24-cv-01674-WLH-ADSx | Nicole Aaronson v. Unum Life Insurance Company of America |
| --- | --- |
| 8:24-cv-01998-WLH-ADSx | Stephon Briganti-Ortiz v. Experian Information Solutions, Inc. et al |

    On all documents subsequently filed in the case, please substitute the Judge initials "MWC" after the case number in place of the initials of the prior Judge.

DATED: November 12, 2024

                                                Chief Judge Dolly M. Gee