UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV23-05492-MWC-AS | Date | December 13, 2024 |
|---|---|---|---|
| Title | August Image, LLC v. Line Financial, PBC | | |

| Present: The Honorable | MICHELLE W. COURT, United States District Judge |
|---|---|

| T. Jackson | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Stephen Doniger | Matthew Trejo |
| Benjamin Tookey | Morgan Pietz |

**Proceedings:** **PARTIES' MOTION FOR SUMMARY JUDGMENT (DKT. 59); DEFENDANT LINE PBC'S MOTION FOR SANCTIONS (DKT. 68)**

The motion hearing is held. Counsel address the Court. The Court takes the Motions **UNDER SUBMISSION** and a ruling will be issued.