Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LINE FINANCIAL, PBC, et al., <br><br> Defendants. | Case No. 2:23-cv-05492-MWC-AS <br> <u>Hon. Michelle W. Court Presiding</u> <br><br> **JOINT STATUS REPORT RE: SETTLEMENT** <br><br> Trial Date: Feb. 25, 2025 |

    Plaintiff August Image, LLC and Defendant Line Financial, PBC hereby respectfully submit a Joint Status Report Regarding Settlement.

    The parties engaged in informal settlement discussions just prior to, and immediately after, the filing of this action but did not reach an agreement. The parties conducted a half-day mediation on March 22, 2024. *See* Dkt. 35. The matter was not settled at the mediation. Following mediation, Line conveyed a Rule 68 offer to August, which August rejected.

    Following this Court's ruling on the parties' cross-motions for summary judgment (Dkt. 91), August made a new settlement offer, which Line PBC countered earlier today. As of this submission, August is considering Line PBC's most recent counteroffer.

|  | Respectfully submitted, |
|---|---|
| Dated: January 10, 2025 | By: /s/ *Stephen M. Doniger* |
|  | Stephen M. Doniger, Esq.<br>Benjamin F. Tookey, Esq.<br>DONIGER / BURROUGHS<br>*Attorneys for Plaintiff* |
| Dated: January 10, 2025 | By: /s/ *Morgan E. Pietz* |
|  | Morgan E. Pietz (SBN 260629)<br>morgan@pstrials.com<br>Matthew A. Trejo (SBN 320464)<br>matt@pstrials.com<br>PIETZ & SHAHRIARI, LLP<br>6700 S. Centinela Avenue, 2nd Floor<br>Culver City, CA 90230<br>Telephone: (310) 424-5557<br>Facsimile: (310) 597-4626<br>*Attorneys for Defendant* |

Pursuant to Civil L.R. 5-4, the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.