Morgan E. Pietz (SBN 260629)
  morgan@pstrials.com
Matthew A. Trejo (SBN 320464)
  matt@pstrials.com
PIETZ & SHAHRIARI, LLP
6700 S. Centinela Avenue, 2nd Floor
Culver City, CA 90230
Telephone:  (310) 424-5557
Facsimile:   (310) 597-4626

Attorneys for Defendant
*LINE FINANCIAL PBC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC, a New York Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>LINE FINANCIAL PBC, a Delaware Corporation; and DOES 1-10,<br><br>    Defendant(s). | Case No. 2:23-cv-05492-MWC-AS<br><br>Assigned to: Hon. Michelle Williams Court, United States District Judge<br><br>Referred to: Hon. Alka Sagar, United States Magistrate Judge<br><br>Action Filed:         07/10/2023<br><br>Final Pretrial Conf.:  02/07/2025<br>Trial Date:            02/24/2025<br><br>**DEFENDANT LINE PBC'S WITNESS LIST** |

| Witness's Name,* Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Akshay Krishnaiah, available through counsel | Mr. Krishnaiah will testify on behalf of Line PBC regarding its former blog, which is alleged to have displayed versions of the photographs in dispute. He will also testify regarding the Defendant's intent and that any infringement was unintentional and yielded the defendant no revenue or profits. | 3.0 | 1.0 | |
| Lauren Kelly | Will testify regarding validity and ownership of copyright and alleged copying and damages. | 2.0 | 1.0 | |
| *Bill Hannigan | May be called to address validity and ownership of copyright and alleged copying and damages. | 2.0 | 1.0 | |
| *Alexi Lubomirski, 268 W. Hill Rd, Box 159, Austerlitz, NY 12017 | May be called to address validity and ownership of copyright and alleged copying and licensing history. | 1.5 | .5 | |
| *Andrew Eccles, 4227 McLaughlin | May be called to address validity and ownership of copyright and alleged | 1.5 | .5 | |

-2-
DEFENDANT LINE PBC'S WITNESS LIST

| Witness | Purpose | | | |
|---|---|---|---|---|
| Ave PH 1, Los Angeles, CA 90066 | copying and licensing history. | | | |
| *Art Streiber, 2239 Camden Ave, Los Angeles, CA 90064 | May be called to address validity and ownership of copyright and alleged copying and licensing history. | 1.5 | .5 | |
| *Austin Hargrave, 1835 N. Avenue 51, Los Angeles, CA 90042 | May be called to address validity and ownership of copyright and alleged copying and licensing history. | 1.5 | .5 | |
| *Brian Bowen Smith, 5910 Fairview Pl., Agoura Hills, CA 91301 | May be called to address validity and ownership of copyright and alleged copying and licensing history. | 1.5 | .5 | |
| *David Slijper, Flat 18, The Pryors, 6 E. Heath Rd., London NW3 1BP, United Kingdom | May be called to address validity and ownership of copyright and alleged copying and licensing history. | 1.5 | .5 | |
| *Joe Pugliese, 6311 Romaine Street, #7307, Los Angeles, CA 90038 | May be called to address validity and ownership of copyright and alleged copying and licensing history. | 1.5 | .5 | |
| *Mark Mann, 135 East 74th | May be called to address validity and ownership of | 1.5 | .5 | |

|   | | | | |
|---|---|---|---|---|
| St, 10B, New York, NY 10021 u | copyright and alleged copying and licensing history. | | | |
| *Martin Schoeller, 105 Hudson St., #2N, New York, NY 10013 | May be called to address validity and ownership of copyright and alleged copying and licensing history. | 1.5 | .5 | |
| *Miller Mobley, 41 Randolph Road, Birmingham, AL 35213 | May be called to address validity and ownership of copyright and alleged copying and licensing history. | 1.5 | .5 | |
| *Shayan Asgharnia, 165 N. Kenmore Ave, Apt. 4, Los Angeles, CA 90004 | May be called to address validity and ownership of copyright and alleged copying and licensing history. | 1.5 | .5 | |
| *Bruno Van Mossevelde, First Edit SRL, Via Del Plebiscito 107, Rome, 00186, Italy | May be called to address validity and ownership of copyright and alleged copying and licensing history. | 1.5 | .5 | |
| *Nicoletta Van Mossevelde, First Edit SRL, Via Del | May be called to address validity and ownership of copyright and alleged copying and licensing history. | 1.5 | .5 | |

DEFENDANT LINE PBC'S WITNESS LIST

| Plebiscito 107, Rome, 00186, Italy | | | | |
|---|---|---|---|---|

Respectfully submitted,                    PIETZ & SHAHRIARI, LLP

DATED: January 10, 2025                    BY:  <u>*/s/ Morgan E. Pietz*</u>

                                                    Morgan E. Pietz
                                                    Matthew A. Trejo

                                                    *Attorneys for Defendant LINE FINANCIAL PBC*