Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>LINE FINANCIAL, PBC, et al.,<br><br>Defendants. | Case No. 2:23-cv-05492-MWC-AS<br>*Hon. Michelle W. Court Presiding*<br><br>**JOINT STATEMENT OF THE CASE**<br><br>Trial Date: Feb. 24, 2025 |

The Plaintiff, August Image LLC, asserts that Defendant, Line Financial PBC, infringed its copyrights in 18 photographs (referred to as the "Subject Photographs"). Line has asserted certain affirmative defenses. And the parties dispute whether the infringement was willful, innocent, or neither; and the amount of damages that should be awarded.

                Respectfully submitted,

Dated: January 24, 2025     By: */s/ Stephen M. Doniger*
                Stephen M. Doniger, Esq.
                Benjamin F. Tookey, Esq.
                DONIGER / BURROUGHS
                *Attorneys for Plaintiff*

Dated: January 24, 2025     By: */s/ Morgan E. Pietz*
                Morgan E. Pietz (SBN 260629)
                morgan@pstrials.com
                Matthew A. Trejo (SBN 320464)
                matt@pstrials.com
                PIETZ & SHAHRIARI, LLP
                6700 S. Centinela Avenue
                2nd Floor
                Culver City, VA 90230
                Telephone: (310) 424-5557
                Facsimile: (310) 597-4626
                *Attorneys for Defendants*

   Pursuant to Civil L.R. 5-4, the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.