1
2
3
4
5

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

9

AUGUST IMAGE, LLC, a New York Limited Liability Company,

        Plaintiff,

v.

LINE FINANCIAL PBC, a Delaware Corporation; and DOES 1-10,

        Defendant(s).

Case No. 2:23-cv-05492-MWC-AS

Assigned to: Hon. Michelle Williams Court, United States District Judge

Referred to: Honorable Alka Sagar, United States Magistrate Judge

**ORDER GRANTING DEFENDANT LINE PBC'S  EX PARTE APPLICATION TO SPECIALLY SET MOTIONS *IN LIMINE* NOS. 4 AND 5 FOR HEARING AT THE FINAL PRETRIAL CONFERENCE AND EXPEDITED BRIEFING**

18
19
20
21
22
23
24
25
26
27
28

- 1 -

[PROPOSED] ORDER

**ORDER**

Pursuant to Line's Ex Parte Application to specially set Line's Motions in Limine Nos. 4 and 5 for hearing at the Final Pre-Trial Conference scheduled for February 7, 2025 at 1:30 and for expedited briefing of the concurrently filed motions, and for good cause appearing, IT IS HEREBY ORDERED:

1. That the hearing date for Line's Motions in Limine Nos. 4 and 5 shall be February 7, 2025 at 1:30 PM, the same date and time as the Final Pretrial Conference.

2. August shall file its opposition to Line's Motions in Limine Nos. 4 and 5 on or before February 6, 2025 if it so desires.

**IT IS SO ORDERED**.

DATED: February 4, 2025        BY: _____

Honorable Michelle Williams Court,
United States District Judge

[PROPOSED] ORDER