Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California  90291
Telephone: (310) 590-1820
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AUGUST IMAGE, LLC, | Case No. 2:23-cv-05492-MWC-AS |
| Plaintiff, | *Hon. Michelle W. Court Presiding* |
| v. | **JOINT EXHIBIT LIST** |
| LINE FINANCIAL, PBC, et al., | Trial: Feb. 24, 2025 |
| Defendants. |  |

    Plaintiff August Image, LLC, and Defendant Line Financial, PBC, hereby submit the below Joint Exhibit List pursuant to Civil L.R. 16-6.1.

**EXHIBITS AND OBJECTIONS:**

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1. | Line Dep. Ex. 1 (Notice of deposition) | | | | |
| 2. | Line Dep. Ex. 2 (Line LinkedIn page) | P's response: Line | D's objection: Irrelevant, unfair prejudice, confusing the issues, misleading the jury, Fed. R. Evid. 401-03. Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Same response as set forth in Dkt. 59-2 ("JAO") No. 1. Objections also overruled. Dkt. 91 at 8-12. | | |
| 3. | Line Dep. Ex. 3 (Line website homepage) | P's response: Line | D's objection: Irrelevant, unfair prejudice, confusing the | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | issues, misleading the jury, Fed. R. Evid. 401-03. Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Same response as set forth in JAO No. 2. Objections also overruled. Dkt. 91 at 8-12. | | |
| 4. | Line Dep. Ex. 4 (Line website privacy and data page) | P's response: Line | D's objection: Irrelevant, unfair prejudice, confusing the issues, misleading the jury, Fed. R. Evid. 401-03. Foundation, Fed. R. Evid. 901. Lack of personal knowledge, | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Same response as set forth in JAO No. 3. Objections also overruled. Dkt. 91 at 8-12. | | |
| 5. | Line Dep. Ex. 5 (one of Line's website posts at issue with different photograph substituted) | P's response: Line | D's objection: Irrelevant, unfair prejudice, confusing the issues, misleading the jury, Fed. R. Evid. 401-03. Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Same response as set forth in JAO No. 4. Objections also | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | overruled. Dkt. 91 at 8-12. | | |
| 6. | Line Dep. Ex. 6 (Line's SEC Form D filings) | P's response: Line | D's objection: Irrelevant, unfair prejudice, confusing the issues, misleading the jury, Fed. R. Evid. 401-03. Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Same response as set forth in JAO No. 5. Objections also overruled. Dkt. 91 at 8-12. | | |
| 7. | Line Dep. Ex. 7 (Line's website and Instagram posts at issue) | P's response: Line, August | The parties stipulate that Exhibit 7 shall be admitted into evidence at trial without objection. | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 8. | Line Dep. Ex. 8 (word document from Line regarding obtainment of photographs) | P's response: Line | | | |
| 9. | Line Dep. Ex. 9 (Line's supplemental ROG responses, set two) | P's response: Line | | | |
| 10. | Line Dep. Ex. 10 (Midjourney terms of service) | P's response: Line | D's objection: Irrelevant, unfair prejudice, confusing the issues, misleading the jury, Fed. R. Evid. 401-03. Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Line authenticated Ex. 10 in deposition and in its written discovery | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | responses. Relevant to Line's state of mind (i.e., willfulness). | | |
| 11. | Line Dep. Ex. 11 (Envato license terms) | P's response: Line | D's objection: Irrelevant, unfair prejudice, confusing the issues, misleading the jury, Fed. R. Evid. 401-03. Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Line authenticated Ex. 11 in deposition and in its written discovery responses. Relevant to Line's state of mind (i.e., willfulness). | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 12. | Line Dep. Ex. 12 (Canva terms of use) | P's response: Line | D's objection: Irrelevant, unfair prejudice, confusing the issues, misleading the jury, Fed. R. Evid. 401-03. Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Line authenticated Ex. 12 in deposition and in its written discovery responses. Relevant to Line's state of mind (i.e., willfulness). | | |
| 13. | Line Dep. Ex. 13 (Line's source for depicted Subject Photograph) | P's response: Line | | | |
| 14. | Line Dep. Ex. 14 (Line's source for | P's response: Line | | | |

JOINT EXHIBIT LIST

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | depicted Subject Photograph) | | | | |
| 15. | Line Dep. Ex. 15 (Wallpapers.com terms and conditions) | P's response: Line, Internet Archive | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Line authenticated Ex. 15 in deposition. Relevant to Line's state of mind (i.e., willfulness). | | |
| 16. | Line Dep. Ex. 16 (Line's website terms of use) | P's response: Line | D's objection: Irrelevant, unfair prejudice, confusing the issues, misleading the jury, Fed. R. Evid. 401-03. Foundation, Fed. R. Evid. 901. Lack of personal knowledge, | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Line authenticated Ex. 16 in deposition. Relevant to Line's state of mind (i.e., willfulness). This is Line's "business record" and Line's own statements offered against it. | | |
| 17. | Line Dep. Ex. 17 (Line's website terms of service) | P's response: Line | D's objection: Irrelevant, unfair prejudice, confusing the issues, misleading the jury, Fed. R. Evid. 401-03. Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | Fed. R. Evid. 802.<br><br>P's response: Line authenticated Ex. 17 in its deposition. Relevant to Line's state of mind (i.e., willfulness). This is Line's "business record" and Line's own statements offered against it. | | |
| 18. | Line Dep. Ex. 18 (Line's source for depicted Subject Photograph) | P's response: Line | | | |
| 19. | Line Dep. Ex. 19 (Line's source for depicted Subject Photograph) | P's response: Line | | | |
| 20. | Line Dep. Ex. 20 (Line's source for depicted Subject Photograph) | P's response: Line | | | |
| 21. | Line Dep. Ex. 21 (Line's source for Subject Photograph not depicted) | P's response: Line | | | |
| 22. | Line Dep. Ex. 22 (Line's additional | P's response: Line | | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | further supplemental ROG responses, set one) | | | | |
| 23. | Line Dep. Ex. 23 (Line's source for depicted Subject Photograph) | P's response: Line | | | |
| 24. | Line Dep. Ex. 24 (Line's source for depicted Subject Photograph) | P's response: Line | | | |
| 25. | Line Dep. Ex. 25 (Line's source for depicted Subject Photograph) | P's response: Line | | | |
| 26. | Line Dep. Ex. 26 (Line's source for depicted Subject Photograph) | P's response: Line | | | |
| 27. | Line Dep. Ex. 27 (Line's source for depicted Subject Photograph) | P's response: Line | | | |
| 28. | Line Dep. Ex. 28 (Line's source for depicted Subject Photograph) | P's response: Line | | | |
| 29. | Line Dep. Ex. 29 (Line's source for depicted Subject Photograph) | P's response: Line | | | |
| 30. | Line Dep. Ex. 30 (Line's source for depicted Subject Photograph) | P's response: Line | | | |
| 31. | Line Dep. Ex. 31 (Line's source for | P's response: Line | | | |

JOINT EXHIBIT LIST

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | depicted Subject Photograph) | | | | |
| 32. | Line Dep. Ex. 32 (Line's source for depicted Subject Photograph) | P's response: Line | | | |
| 33. | Line Dep. Ex. 33 (Line's source for depicted Subject Photograph) | P's response: Line | | | |
| 34. | Line Dep. Ex. 34 (Line's website terms of use) | P's response: Line | D's objection: Irrelevant, unfair prejudice, confusing the issues, misleading the jury, Fed. R. Evid. 401-03. Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Line did not previously object to Ex. 34. *See* Dkt. 100. Line authenticated Ex. 34 in | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | deposition. Relevant to Line's state of mind (i.e., willfulness). | | |
| 35. | Line Dep. Ex. 35 (notice of infringement to Line) | P's response: Line | D's objection: Irrelevant, unfair prejudice, confusing the issues, misleading the jury, Fed. R. Evid. 401-03. Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Line did not previously object to Ex. 35. *See* Dkt. 100. Line authenticated Ex. 35 in deposition. Relevant to Line's state of mind (i.e., willfulness). | | |

JOINT EXHIBIT LIST

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | | | |
| 36. | N/A | | | | |
| 37. | Internet Archive Dep. Ex. 37 (subpoena) | P's response: Internet Archive | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Internet Archive authenticated Ex. 37 in its deposition. Relevant to Line's state of mind (i.e., willfulness). | | |
| 38. | Internet Archive Dep. Ex. 38 (declaration and exhibit) | P's response: Internet Archive | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Internet | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  |  |  | Archive authenticated Ex. 38 in its deposition. Relevant to Line's state of mind (i.e., willfulness). Internet Archive established Ex. 38 as a "business record." |  |  |
| 39. | August Dep. Ex. 39 (Notice of deposition) |  |  |  |  |
| 40. | August Dep. Ex. 40 (Streiber agreement, redacted) | P's response: August, Streiber |  |  |  |
| 41. | August Dep. Ex. 41 (Streiber agreement, unredacted) | P's response: August, Streiber |  |  |  |
| 42. | August Dep. Ex. 42 (Streiber addendum) | P's response: August, Streiber | D's objection: Hearsay, Fed. R. Evid. 802; Violates writing requirement under 17 U.S.C. § 204; Inadmissible Parol Evidence. *Marine Midland Bank–* |  |  |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | *Southern v. Thurlow*, 53 N.Y.2d 381, 442 N.Y.S.2d 417, 425 N.E.2d 805 (1981); Best Evidence FRE 1002.<br><br>P's response: Same response as set forth in JAO Nos. 23-28. Objections also overruled. Dkt. 91 at 8-12. | | |
| 43. | August Dep. Ex. 43 (Pugliese agreement, redacted) | P's response: August, Pugliese | | | |
| 44. | August Dep. Ex. 44 (Pugliese agreement, unredacted) | P's response: August, Pugliese | | | |
| 45. | August Dep. Ex. 45 (Pugliese addendum) | P's response: August, Pugliese | D's objection: Hearsay, Fed. R. Evid. 802; Violates writing requirement under 17 U.S.C. § 204; Inadmissible Parol Evidence. *Marine* | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | *Midland Bank–Southern v. Thurlow*, 53 N.Y.2d 381, 442 N.Y.S.2d 417, 425 N.E.2d 805 (1981); Best Evidence FRE 1002.<br><br>P's response: Same response as set forth in JAO Nos. 23-28. Objections also overruled. Dkt. 91 at 8-12. | | |
| 46. | August Dep. Ex. 46 (Lubomirski agreement, redacted) | P's response: August, Lubomirski | | | |
| 47. | August Dep. Ex. 47 (Lubomirski agreement, unredacted) | P's response: August, Lubomirski | | | |
| 48. | August Dep. Ex. 48 (Lubomirski addendum) | P's response: August, Lubomirski | D's objection: Hearsay, Fed. R. Evid. 802; Violates writing requirement under 17 U.S.C. § 204; Inadmissible Parol Evidence. | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | *Marine Midland Bank–Southern v. Thurlow*, 53 N.Y.2d 381, 442 N.Y.S.2d 417, 425 N.E.2d 805 (1981); Best Evidence FRE 1002.<br><br>P's response: Same response as set forth in JAO Nos. 23-28. Objections also overruled. Dkt. 91 at 8-12. | | |
| 49. | August Dep. Ex. 49 (Smith agreement, redacted) | P's response: August, Smith | | | |
| 50. | August Dep. Ex. 50 (Smith agreement, unredacted) | P's response: August, Smith | | | |
| 51. | August Dep. Ex. 51 (Smith addendum) | P's response: August, Smith | D's objection: Hearsay, Fed. R. Evid. 802; Violates writing requirement under 17 U.S.C. § 204; Inadmissible Parol | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | Evidence. *Marine Midland Bank–Southern v. Thurlow*, 53 N.Y.2d 381, 442 N.Y.S.2d 417, 425 N.E.2d 805 (1981); Best Evidence FRE 1002.<br><br>P's response: Same response as set forth in JAO Nos. 23-28. Objections also overruled. Dkt. 91 at 8-12. | | |
| 52. | August Dep. Ex. 52 (Slijper agreement, redacted) | P's response: August, Slijper | | | |
| 53. | August Dep. Ex. 53 (Slijper agreement, unredacted) | P's response: August, Slijper | | | |
| 54. | August Dep. Ex. 54 (Slijper addendum) | P's response: August, Slijper | D's objection: Hearsay, Fed. R. Evid. 802; Violates writing requirement under 17 U.S.C. § 204; Inadmissible | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | Parol Evidence. *Marine Midland Bank–Southern v. Thurlow*, 53 N.Y.2d 381, 442 N.Y.S.2d 417, 425 N.E.2d 805 (1981); Best Evidence FRE 1002.  P's response: Same response as set forth in JAO Nos. 23-28. Objections also overruled. Dkt. 91 at 8-12. | | |
| 55. | August Dep. Ex. 55 (Asgharnia agreement, redacted) | P's response: August | | | |
| 56. | August Dep. Ex. 56 (Asgharnia agreement, unredacted) | P's response: August | | | |
| 57. | August Dep. Ex. 57 (Asgharnia addendum) | P's response: August | D's objection: Hearsay, Fed. R. Evid. 802; Violates writing requirement under 17 U.S.C. § 204; | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | Inadmissible Parol Evidence. *Marine Midland Bank–Southern v. Thurlow*, 53 N.Y.2d 381, 442 N.Y.S.2d 417, 425 N.E.2d 805 (1981); Best Evidence FRE 1002.<br><br>P's response: Same response as set forth in JAO Nos. 23-28. Objections also overruled. Dkt. 91 at 8-12. | | |
| 58. | August Dep. Ex. 58 (Eccles agreement, redacted) | P's response: August, Eccles | | | |
| 59. | August Dep. Ex. 59 (Eccles agreement, unredacted) | P's response: August, Eccles | | | |
| 60. | August Dep. Ex. 60 (Eccles addendum) | P's response: August, Eccles | D's objection: Hearsay, Fed. R. Evid. 802; Violates writing requirement under 17 | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | U.S.C. § 204; Inadmissible Parol Evidence. *Marine Midland Bank–Southern v. Thurlow*, 53 N.Y.2d 381, 442 N.Y.S.2d 417, 425 N.E.2d 805 (1981); Best Evidence FRE 1002.<br><br>P's response: Same response as set forth in JAO Nos. 23-28. Objections also overruled. Dkt. 91 at 8-12. | | |
| 61. | August Dep. Ex. 61 (Hargrave agreement, redacted) | P's response: August, Hargrave | | | |
| 62. | August Dep. Ex. 62 (Hargrave agreement, unredacted) | P's response: August, Hargrave | | | |
| 63. | August Dep. Ex. 63 (Hargrave addendum) | P's response: August, Hargrave | D's objection: Hearsay, Fed. R. Evid. 802; Violates writing requirement | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | under 17 U.S.C. § 204; Inadmissible Parol Evidence. *Marine Midland Bank–Southern v. Thurlow*, 53 N.Y.2d 381, 442 N.Y.S.2d 417, 425 N.E.2d 805 (1981); Best Evidence FRE 1002.<br><br>P's response: Same response as set forth in JAO Nos. 23-28. Objections also overruled. Dkt. 91 at 8-12. | | |
| 64. | August Dep. Ex. 64 (Mobley agreement, redacted) | P's response: August, Mobley | | | |
| 65. | August Dep. Ex. 65 (Mobley agreement, unredacted) | P's response: August, Mobley | | | |
| 66. | August Dep. Ex. 66 (Mobley addendum) | P's response: August, Mobley | D's objection: Hearsay, Fed. R. Evid. 802; Violates writing | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | requirement under 17 U.S.C. § 204; Inadmissible Parol Evidence. *Marine Midland Bank–Southern v. Thurlow*, 53 N.Y.2d 381, 442 N.Y.S.2d 417, 425 N.E.2d 805 (1981); Best Evidence FRE 1002.<br><br>P's response: Same response as set forth in JAO Nos. 23-28. Objections also overruled. Dkt. 91 at 8-12. | | |
| 67. | August Dep. Ex. 67 (Schoeller agreement, redacted) | P's response: August | | | |
| 68. | August Dep. Ex. 68 (Schoeller agreement, unredacted) | P's response: August | | | |
| 69. | August Dep. Ex. 69 (Schoeller addendum) | P's response: August | D's objection: Hearsay, Fed. R. Evid. 802; Violates | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | writing requirement under 17 U.S.C. § 204; Inadmissible Parol Evidence. *Marine Midland Bank–Southern v. Thurlow*, 53 N.Y.2d 381, 442 N.Y.S.2d 417, 425 N.E.2d 805 (1981); Best Evidence FRE 1002.<br><br>P's response: Same response as set forth in JAO Nos. 23-28. Objections also overruled. Dkt. 91 at 8-12. | | |
| 70. | August Dep. Ex. 70 (Mann agreement, redacted) | P's response: August, Mann | | | |
| 71. | August Dep. Ex. 71 (Mann agreement, unredacted) | P's response: August, Mann | | | |
| 72. | August Dep. Ex. 72 (Mann addendum) | P's response: August, Mann | D's objection: Hearsay, Fed. R. Evid. 802; | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | Violates writing requirement under 17 U.S.C. § 204; Inadmissible Parol Evidence. *Marine Midland Bank–Southern v. Thurlow*, 53 N.Y.2d 381, 442 N.Y.S.2d 417, 425 N.E.2d 805 (1981); Best Evidence FRE 1002.<br><br>P's response: Same response as set forth in JAO Nos. 23-28. Objections also overruled. Dkt. 91 at 8-12. | | |
| 73. | August Dep. Ex. 73 (MAO agreement and Appendix A) | | P's objection: Fed. R. Evid. 401-03 (not relevant, would mislead and confuse jury)<br><br>D's response: The exhibit is relevant and is | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | not outweighed by any of the dangers enumerated in FRE 403. | | |
| 74. | August Dep. Ex. 74 (VAu 1-163-131) | P's response: August, Pugliese | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Same response as set forth in JAO No. 24. Objections also overruled. Dkt. 91 at 8-12. | | |
| 75. | August Dep. Ex. 75 (VA 2-274-844) | P's response: August, Lubomirski | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | Same response as set forth in JAO No. 24. Objections also overruled. Dkt. 91 at 8-12. | | |
| 76. | August Dep. Ex. 76 (VA 2-141-902) | P's response: August, Streiber | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Same response as set forth in JAO No. 24. Objections also overruled. Dkt. 91 at 8-12. | | |
| 77. | August Dep. Ex. 77 (VA 2-294-743) | P's response: August, Smith | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | Same response as set forth in JAO No. 24. Objections also overruled. Dkt. 91 at 8-12. | | |
| 78. | August Dep. Ex. 78 (VA 2-323-663) | P's response: August, Slijper | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Same response as set forth in JAO No. 24. Objections also overruled. Dkt. 91 at 8-12. | | |
| 79. | August Dep. Ex. 79 (VA 2-268-158) | P's response: August, Lubomirski | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | Same response as set forth in JAO No. 24. Objections also overruled. Dkt. 91 at 8-12. | | |
| 80. | August Dep. Ex. 80 (VA 2-286-920) | P's response: August | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Same response as set forth in JAO No. 24. Objections also overruled. Dkt. 91 at 8-12. | | |
| 81. | August Dep. Ex. 81 (VA 2-334-439) | P's response: August, Eccles | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | Same response as set forth in JAO No. 24. Objections also overruled. Dkt. 91 at 8-12. | | |
| 82. | August Dep. Ex. 82 (VA 2-227-879) | P's response: August, Hargrave | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Same response as set forth in JAO No. 24. Objections also overruled. Dkt. 91 at 8-12. | | |
| 83. | August Dep. Ex. 83 (VA 2-227-659) | P's response: August, Mobley | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: | | |

JOINT EXHIBIT LIST

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | Same response as set forth in JAO No. 24. Objections also overruled. Dkt. 91 at 8-12. | | |
| 84. | August Dep. Ex. 84 (VA 2-209-628) | P's response: August | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.

P's response: Same response as set forth in JAO No. 24. Objections also overruled. Dkt. 91 at 8-12. | | |
| 85. | August Dep. Ex. 85 (VA 2-110-334) | P's response: August, Van Mossevelde | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.

P's response: | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | Same response as set forth in JAO No. 24. Objections also overruled. Dkt. 91 at 8-12. | | |
| 86. | August Dep. Ex. 86 (VA 2-359-589) | | P's objection: Fed. R. Evid. 401-03 (not relevant, would confuse jury) | | |
| 87. | August Dep. Ex. 87 (VA 2-326-585) | P's response: August, Mann | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Same response as set forth in JAO No. 24. Objections also overruled. Dkt. 91 at 8-12. | | |
| 88. | August Dep. Ex. 88 (August's responses to Line's ROGs, set two) | | P's objection: Fed. R. Evid. 401-03 (not relevant, would confuse jury) | | |
| 89. | N/A | | | | |

JOINT EXHIBIT LIST

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 90. | August Dep. Ex. 90 (ImageRights Agreement) | D's Response: August | | | |
| 91. | August Dep. Ex. 91 (ImageRights Report) | P's response: August | | | |
| 92. | August Dep. Ex. 92 (Subject Photographs) | P's response: August, Photographers | D's Objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Same response as set forth in JAO Nos. 23-28. Objections also overruled. Dkt. 91 at 8-12. | | |
| 93. | August Dep. Ex. 93 (certain redacted Streiber licensing invoices) | P's response: August, Streiber | D's Objection: Irrelevant, unfair prejudice, confusing the issues, misleading the jury, Fed. R. Evid. 401-03. Foundation, Fed. R. | | |

JOINT EXHIBIT LIST

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: August authenticated Ex. 93 in its deposition. August's licensing invoices are "business records." Relevant to damages. | | |
| 94. | August Dep. Ex. 94 (certain redacted Pugliese licensing invoices) | P's response: August, Pugliese | D's Objection: Irrelevant, unfair prejudice, confusing the issues, misleading the jury, Fed. R. Evid. 401-03. Foundation, Fed. R. Evid. 901. Lack of personal knowledge, | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: August authenticated Ex. 94 in its deposition. August's licensing invoices are "business records." Relevant to damages. | | |
| 95. | August Dep. Ex. 95 (certain redacted Lubomirski licensing invoices) | P's response: August, Lubomirski | D's Objection: Irrelevant, unfair prejudice, confusing the issues, misleading the jury, Fed. R. Evid. 401-03. Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | August authenticated Ex. 95 in its deposition. August's licensing invoices are "business records." Relevant to damages. | | |
| 96. | August Dep. Ex. 96 (certain redacted Asgharnia licensing invoices) | P's response: August | D's Objection: Irrelevant, unfair prejudice, confusing the issues, misleading the jury, Fed. R. Evid. 401-03. Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: August authenticated Ex. 96 in its deposition. August's licensing | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | invoices are "business records." Relevant to damages. | | |
| 97. | August Dep. Ex. 97 (certain redacted Eccles licensing invoices) | P's response: August, Eccles | D's Objection: Irrelevant, unfair prejudice, confusing the issues, misleading the jury, Fed. R. Evid. 401-03. Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: August authenticated Ex. 97 in its deposition. August's licensing invoices are "business records." Relevant to damages. | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 98. | August Dep. Ex. 98 (certain redacted Hargrave licensing invoices) | P's response: August, Hargrave | D's Objection: Irrelevant, unfair prejudice, confusing the issues, misleading the jury, Fed. R. Evid. 401-03. Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.  P's response: August authenticated Ex. 98 in its deposition. August's licensing invoices are "business records." Relevant to damages. | | |
| 99. | August Dep. Ex. 99 (certain redacted Schoeller licensing invoices) | P's response: August | D's Objection: Irrelevant, unfair prejudice, confusing the issues, | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | misleading the jury, Fed. R. Evid. 401-03. Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: August authenticated Ex. 99 in its deposition. August's licensing invoices are "business records." Relevant to damages. | | |
| 100 | August Dep. Ex. 100 (2009 editorial shoots) | P's response: August | D's Objection: Irrelevant, unfair prejudice, confusing the issues, misleading the jury, Fed. R. Evid. 401-03. Foundation, Fed. R. | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802. P's response: August authenticated Ex. 100 in its deposition. | | |
| 101 | August Dep. Ex. 101 (certain Subject Photographs and certain screenshots) | | D's Objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802. | | |
| 102 | August Dep. Ex. 102 (August's responses to Line's RFPs, set one) | | | | |
| 103 | August Dep. Ex. 103 (August's responses to Line's RFPs, set two) | | | | |
| 104 | August Dep. Ex. 104 (August's | D's response: August | P's objection: Fed. R. Evid. | | |

JOINT EXHIBIT LIST

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | notice of interested parties) | | 401-03 (not relevant, would mislead and confuse jury), 602 (no personal knowledge), 901 (lacks authentication)<br><br>D's Response: August has personal knowledge of what it puts in its pleadings. This is relevant to August's failure to disclose ImageRights and the Photographers an interested parties. | | |
| 105. | August Dep. Ex. 105 (August's responses to Line's ROGs, set one) | | | | |
| 106. | N/A | | | | |
| 107. | N/A | | | | |
| 108. | N/A | | | | |
| 109. | N/A | | | | |
| 110. | N/A | | | | |
| 111. | N/A | | | | |
| 112. | N/A | | | | |
| 113. | N/A | | | | |

JOINT EXHIBIT LIST

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 114. | Ex. 114 (August's initial disclosures) | | P's objection: Fed. R. Evid. 401-03 (not relevant, would mislead and confuse jury), 602 (no foundation), 802 and 805 (hearsay), 1002, *Murphy v. Precise*, 2017 WL 6033063, at *3 (M.D. Ala. Dec. 1, 2017) ("Initial Disclosures are not admissible as evidence before the jury."). D's response: The exhibit is relevant and is not outweighed by any of the dangers enumerated in FRE 403. | | |
| 115. | Ex. 115 (Line's deposition notice to Bowen Smith) | | P's objection: Fed. R. Evid. 401-03 (not relevant, would mislead and confuse jury), 602 (no | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | personal knowledge), 801-03 (hearsay), 901 (lacks authentication)<br><br>D's response: The exhibit is relevant and is not outweighed by any of the dangers enumerated in FRE 403. | | |
| 116 | N/A | | | | |
| 117 | Ex. 117 (Email from August's counsel and August's first supplemental initial disclosures) | | P's objection: Fed. R. Evid. 401-03 (not relevant, would mislead and confuse jury), 602 (no foundation), 802 and 805 (hearsay), 1002, *Murphy*, 2017 WL 6033063, at *3.<br><br>D's response: The exhibit is relevant and is not outweighed by any of the dangers enumerated in FRE 403. | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 118. | Ex. 118 (Line's meet and confer letter) | | P's objection: Fed. R. Evid. 401-03 (not relevant, would mislead and confuse jury, unfairly prejudice August), 602 (no personal knowledge), 801-03 (hearsay), 901 (lacks authentication)<br><br>D's response: The exhibit is relevant and is not outweighed by any of the dangers enumerated in FRE 403. | | |
| 119. | N/A | | | | |
| 120. | Ex. 120 (Line's meet and confer letter) | | P's objection: Fed. R. Evid. 401-03 (not relevant, would mislead and confuse jury, unfairly prejudice August), 602 (no personal knowledge), 801-03 (hearsay), 901 | | |

JOINT EXHIBIT LIST

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | (lacks authentication)<br><br>D's response: The exhibit is relevant and is not outweighed by any of the dangers enumerated in FRE 403. | | |
| 121 | Ex. 121 (August's response letter) | | P's objection: Fed. R. Evid. 401-03 (not relevant, would mislead and confuse jury), 602 (no personal knowledge), 801-03 (hearsay), 901 (lacks authentication) D's response: The exhibit is relevant and is not outweighed by any of the dangers enumerated in FRE 403. | | |
| 122 | Ex. 122 (Line's reply letter) | | P's objection: Fed. R. Evid. 401-03 (not relevant, would mislead and confuse jury, | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | unfairly prejudice August), 602 (no personal knowledge), 801-03 (hearsay), 901 (lacks authentication)<br><br>D's response: The exhibit is relevant and is not outweighed by any of the dangers enumerated in FRE 403. | | |
| 123 | Ex. 123 (Line's service of ROG 20 to August) | | P's objection: Fed. R. Evid. 401-03 (not relevant, would mislead and confuse jury), 602 (no personal knowledge), 801-03 (hearsay), 901 (lacks authentication)<br><br>D's response: The exhibit is relevant and is not outweighed by any of the dangers | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | enumerated in FRE 403. | | |
| 124. | Ex. 124 (IDC hearing transcript) | | P's objection: Fed. R. Evid. 401-03 (not relevant, would mislead and confuse jury), 602 (no personal knowledge), 801-03 (hearsay), 901 (lacks authentication)<br><br>D's response: The exhibit is relevant and is not outweighed by any of the dangers enumerated in FRE 403. | | |
| 125. | Ex. 125 (Line's service of certain RFAs to August) | | P's objection: Fed. R. Evid. 401-03 (not relevant, would mislead and confuse jury), 602 (no personal knowledge), 801-03 (hearsay), 901 (lacks authentication) | | |

JOINT EXHIBIT LIST

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | D's response: The exhibit is relevant and is not outweighed by any of the dangers enumerated in FRE 403. | | |
| 126. | Ex. 126 (August's second supplemental initial disclosures) | | P's objection: Fed. R. Evid. 401-03 (not relevant, would mislead and confuse jury), 602 (no foundation), 802 and 805 (hearsay), 1002, *Murphy*, 2017 WL 6033063, at *3.<br><br>D's response: The exhibit is relevant and is not outweighed by any of the dangers enumerated in FRE 403. | | |
| 127. | Ex. 127 (Line's meet and confer letter) | | P's objection: Fed. R. Evid. 401-03 (not relevant, would mislead and confuse jury, unfairly prejudice | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | August), 602 (no personal knowledge), 801-03 (hearsay), 901 (lacks authentication) | | |
| | | | D's response: The exhibit is relevant and is not outweighed by any of the dangers enumerated in FRE 403. | | |
| 128. | Ex. 128 (August's third supplemental initial disclosures) | | P's objection: Fed. R. Evid. 401-03 (not relevant, would mislead and confuse jury), 602 (no foundation), 802 and 805 (hearsay), 1002, *Murphy*, 2017 WL 6033063, at *3. | | |
| | | | D's response: The exhibit is relevant and is not outweighed by any of the dangers enumerated in FRE 403. | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 129 | Ex. 129 (Declaration of process server) | | P's objection: Fed. R. Evid. 401-03 (not relevant, would mislead and confuse jury), 602 (no personal knowledge), 801-03 (hearsay), 901 (lacks authentication)<br><br>D's response: The exhibit is relevant and is not outweighed by any of the dangers enumerated in FRE 403. | | |
| 130 | Ex. 130 (Line's meet and confer letter) | | P's objection: Fed. R. Evid. 401-03 (not relevant, would mislead and confuse jury, unfairly prejudice August), 602 (no personal knowledge), 801-03 (hearsay), 901 (lacks authentication) | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | D's response: The exhibit is relevant and is not outweighed by any of the dangers enumerated in FRE 403. | | |
| 131 | Ex. 131 (Line's meet and confer letter) | | P's objection: Fed. R. Evid. 401-03 (not relevant, would mislead and confuse jury, unfairly prejudice August), 602 (no personal knowledge), 801-03 (hearsay), 901 (lacks authentication) | | |
| 132 | Ex. 132 (August's fourth supplemental initial disclosures) | | P's objection: Fed. R. Evid. 401-03 (not relevant, would mislead and confuse jury), 602 (no foundation), 802 and 805 (hearsay), 1002, *Murphy*, 2017 WL 6033063, at *3.<br><br>D's response: | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | The exhibit is relevant and is not outweighed by any of the dangers enumerated in FRE 403. | | |
| 133. | Ex. 133 (Emails between parties' counsel) | | P's objection: Fed. R. Evid. 401-03 (not relevant, would mislead and confuse jury), 602 (no personal knowledge), 801-03 (hearsay), 901 (lacks authentication)<br><br>D's response: The exhibit is relevant and is not outweighed by any of the dangers enumerated in FRE 403. | | |
| 134. | N/A | | | | |
| 135. | N/A | | | | |
| 136. | Ex. 136 (August's fifth supplemental initial disclosures) | | P's objection: Fed. R. Evid. 401-03 (not relevant, would mislead and confuse jury), 602 (no | | |

JOINT EXHIBIT LIST

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | foundation), 802 and 805 (hearsay), 1002, *Murphy*, 2017 WL 6033063, at *3.  D's response: The exhibit is relevant and is not outweighed by any of the dangers enumerated in FRE 403. | | |
| 137 | Ex. 137 (Line's meet and confer letter) | | P's objection: Fed. R. Evid. 401-03 (not relevant, would mislead and confuse jury, unfairly prejudice August), 602 (no personal knowledge), 801-03 (hearsay), 901 (lacks authentication)  D's response: The exhibit is relevant and is not outweighed by any of the dangers | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | enumerated in FRE 403. | | |
| 138. | Ex. 138 (Emails between parties' counsel) | | P's objection: Fed. R. Evid. 401-03 (not relevant, would mislead and confuse jury), 602 (no personal knowledge), 801-03 (hearsay), 901 (lacks authentication)\n\nD's response: The exhibit is relevant and is not outweighed by any of the dangers enumerated in FRE 403. | | |
| 139. | N/A | | | | |
| 140. | N/A | | | | |
| 141. | N/A | | | | |
| 142. | N/A | | | | |
| 143. | Plaintiff's Responses to RFAs, Set One | D's Response: August | | | |
| 144. | N/A | | | | |
| 145. | N/A | | | | |
| 146. | August's First Supp Responses to Defendant's First RFPs | D's Response: August | | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 147. | August's First Supp Responses to Defendant's First ROGs | D's Response: August | | | |
| 148. | Plaintiff's Responses to D's ROGs Set 2 | D's Response: August | | | |
| 149. | Plaintiff's ROGs Verification - Second ROGs | D's Response: August | | | |
| 150. | August's Responses to RFAs, Set 2 | D's Response: August | | | |
| 151. | Exhibit 151 - August's Responses to RFPs, Set 2 | D's Response: August | | | |
| 152. | August's Responses to ROGs, Set 3 | D's Response: August | | | |
| 153. | August's Second Supp Responses to Defendant's First RFPs | D's Response: August | | | |
| 154. | August's Second Supp Responses to Defendant's First ROGs (Verification) | D's Response: August | | | |
| 155. | August's Second Supp Responses to Defendant's First ROGs | D's Response: August | | | |
| 156. | August's Third Supp Responses to Defendant's First ROGs | D's Response: August | | | |

JOINT EXHIBIT LIST

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 157. | August's First Supp Responses to RFAs2 | D's Response: August | | | |
| 158. | August's First Supp Responses to RFPs2 | D's Response: August | | | |
| 159. | August's Fourth Supp Responses to ROGs1 | D's Response: August | | | |
| 160. | August's Responses to RFPs3 | D's Response: August | | | |
| 161. | N/A | | | | |
| 162. | N/A | | | | |
| 163. | N/A | | | | |
| 164. | N/A | | | | |
| 165. | N/A | | | | |
| 166. | LF (AUGUST) – 000044 (Google stories document) | D's Response: Line | | | |
| 167. | AUGUST000833-837 (August Content License Agreement) | D's Response: August | | | |
| 168. | N/A | | | | |
| 169. | AUGUST912 (Van Mossevelde Bio) | D's Response: August | P's objection: Fed. R. Evid. 401-03 (not relevant, would mislead and confuse jury), 602 (no personal knowledge), 801-03 (hearsay), 901 (lacks authentication) | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|-------------|--------------------------------|--------------------------|-----------------|---------------|
| | | | D's response: The exhibit is relevant and is not outweighed by any of the dangers enumerated in FRE 403. | | |
| 170 | AUGUST001057-1065 (August emails to photographers re Addenda)<br><br>170(A) – Lubomirski AUGUST001057<br><br>170(B) – Eccles AUGUST001058-AUGUST001060<br><br>170(C) – Streiber AUGUST001061-AUGUST001062<br><br>170(D) – Bowen-Smith AUGUST001063<br><br>170(E) – Slijper AUGUST001064<br><br>170(F) – Mann AUGUST001065 | D's Response: August | P's objection: Fed. R. Evid. 401-03 (not relevant, would mislead and confuse jury), 801-03 (hearsay)<br><br>D's response: The exhibit is relevant and is not outweighed by any of the dangers enumerated in FRE 403. | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 171 | AUGUST001066-1078 (August emails to photographers re Declarations)<br><br>171(A) – Bowen Smith AUGUST001066<br><br>171(B) – Eccles AUGUST001067<br><br>171(C) – Lubomirski AUGUST001068<br><br>171(D) – Pugliese AUGUST001069<br><br>171(E) – Mobley AUGUST001070<br><br>171(F) – Schoeller AUGUST001071<br><br>171(G) – Slijper AUGUST001072<br><br>171(H) – Streiber AUGUST001073<br><br>171(I) – Hargrave AUGUST001074<br><br>171(J) – Mossevelde AUGUST001075-AUGUST001076 | D's Response: August | P's objection as to AUGUST0010 66-1078: Line previously represented that, with respect to AUGUST0010 66-1122, "Line only intends to use AUGUST0011 03-1122 of this exhibit which are licensing comps for the photos at issue[.]" Dkt. 100. Fed. R. Evid. 401-03 (not relevant, would mislead and confuse jury), 801-03 (hearsay)<br><br>D's response: The exhibit is relevant and is not outweighed by any of the dangers enumerated in FRE 403. | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | 171(K) – Mann AUGUST001077 | | | | |
| 172 | AUGUST001103 (licensing comps) | D's Response: August | | | |
| 173 | AUGUST001104 (licensing comps) | D's Response: August | | | |
| 174 | AUGUST001105 (licensing comps) | D's Response: August | | | |
| 175 | AUGUST001106 (licensing comps) | D's Response: August | | | |
| 176 | AUGUST001107 (licensing comps) | D's Response: August | | | |
| 177 | AUGUST001108 (licensing comps) | D's Response: August | | | |
| 178 | AUGUST001109 (licensing comps) | D's Response: August | | | |
| 179 | AUGUST001110 (licensing comps) | D's Response: August | | | |
| 180 | AUGUST001111-1112 (licensing comps) | D's Response: August | | | |
| 181 | AUGUST001113 (licensing comps) | D's Response: August | | | |
| 182 | AUGUST001114-1122 (August syndication session forms) <br><br> 182(A) – Streiber AUGUST001114-AUGUST001118 <br><br> 182(B) – Pugliese AUGUST001119 | D's Response: August | | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | 182(C) – Bowen-Smith AUGUST001120-AUGUST001122 | | | | |
| 183. | Mossevelde agreement | P's response: August | | | |
| 184. | VA 2-201-766 | P's response: August, Streiber | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802. | | |
| 185. | VA 2-204-089 | P's response: August, Streiber | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802. | | |
| 186. | Line's second supplemental responses to August's RFAs | P's response: Line | | | |
| 187. | Line's second supplemental responses to August's ROGs | P's response: Line | | | |

JOINT EXHIBIT LIST

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 188. | Line's further supplemental responses to August's ROGs | P's response: Line | | | |
| 189. | Emails between parties' counsel | | P's objection: Fed. R. Evid. 401-03 (not relevant, would mislead and confuse jury, unfairly prejudice August), 602 (no personal knowledge), 801-03 (hearsay), 901 (lacks authentication)<br><br>D's response: The exhibit is relevant and is not outweighed by any of the dangers enumerated in FRE 403. | | |
| 190. | Counsel for Line's service of deposition notices | | P's objection: Fed. R. Evid. 401-03 (not relevant, would mislead and confuse jury), 602 (no personal knowledge), 801-03 | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | (hearsay), 901 (lacks authentication)<br><br>D's response: The exhibit is relevant and is not outweighed by any of the dangers enumerated in FRE 403. | | |
| 191 | Line's first supplemental initial disclosures | P's response: Line | | | |
| 192 | Line's further supplemental responses to August's RFPs | P's response: Line | | | |
| 193 | Line's supplemental responses to RFPs | P's response: Line | | | |
| 194 | Emails between parties' counsel | | P's objection: Fed. R. Evid. 401-03 (not relevant, would mislead and confuse jury, unfairly prejudice August), 602 (no personal knowledge), 801-03 (hearsay), 901 (lacks authentication) | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | D's response: The exhibit is relevant and is not outweighed by any of the dangers enumerated in FRE 403. | | |
| 195 | Excerpts from August's service of October 11, 2024 discovery documents | | | | |
| 196 | AUGUST000037-38 (Screenshot of AU213782) | P's response: Line, August | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Duplicative of Ex. 7. | | |
| 197 | AUGUST000039-43 (Screenshots of AU179089) | P's response: Line, August | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | Fed. R. Evid. 802.<br><br>P's response: Duplicative of Ex. 7. | | |
| 198. | AUGUST000044-48 (Screenshots of AU2305864) | P's response: Line, August | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Duplicative of Ex. 7. | | |
| 199. | AUGUST000049-50 (Screenshot of AU1508967) | P's response: Line, August | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Duplicative of Ex. 7. | | |

JOINT EXHIBIT LIST

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 200 | AUGUST000051-52, 55-59 (Screenshot of AU1955961) | P's response: Line, August | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Duplicative of Ex. 7. | | |
| 201 | AUGUST000053-54 (Screenshot of AU1955890) | P's response: Line, August | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Duplicative of Ex. 7. | | |
| 202 | AUGUST000060-61 (Screenshot of AU11251088) | P's response: Line, August | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Duplicative of Ex. 7. | | |
| 203 | AUGUST000062-63, 588, 645 (Screenshot of AU11161901) | P's response: Line, August | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Duplicative of Ex. 7. | | |
| 204 | AUGUST000066-68, 87-89 (Screenshot of AU2301788) | P's response: Line, August | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Duplicative of Ex. 7. | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 205 | AUGUST000071-74, 76-77 (Screenshot of AU1390084) | P's response: Line, August | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Duplicative of Ex. 7. | | |
| 206 | AUGUST000075 (Screenshot of AU2149055) | P's response: Line, August | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Duplicative of Ex. 7. | | |
| 207 | AUGUST000078, 586, 842-43 (Screenshots of AU2149064) | P's response: Line, August | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Duplicative of Ex. 7. | | |
| 208 | AUGUST000575 (Screenshot of AU11037582) | P's response: Line, August | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Duplicative of Ex. 7. | | |
| 209 | AUGUST000581-85 (Screenshots of AU1561939) | P's response: Line, August | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Duplicative of Ex. 7. | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 210 | AUGUST000587 (Screenshot of AU2149040) | P's response: Line, August | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Duplicative of Ex. 7. | | |
| 211 | AUGUST000589 (Screenshot of AU2363315) | P's response: Line, August | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Duplicative of Ex. 7. | | |
| 212 | AUGUST000591 (Screenshot of AU1387317) | P's response: Line, August | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, | | |

JOINT EXHIBIT LIST

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802. P's response: Duplicative of Ex. 7. | | |
| 213 | AUGUST000592 (Screenshot of AU11234878) | P's response: Line, August | D's objection: Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802. P's response: Duplicative of Ex. 7. | | |
| 214 | N/A | | | | |
| 215 | N/A | | | | |
| 216 | AUGUST000292-301 (Line's app on Google Play) | P's response: Line | D's objection: Irrelevant, unfair prejudice, confusing the issues, misleading the jury, Fed. R. Evid. 401-03. Foundation, Fed. R. Evid. 901. Lack of | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Line will authenticate its own Google Play page. This is Line's "business record" and Line's own statements offered against it. Relevant to willfulness. | | |
| 217. | AUGUST000359-78 (Privacy policy) | P's response: Line | D's objection: Irrelevant, unfair prejudice, confusing the issues, misleading the jury, Fed. R. Evid. 401-03. Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | Fed. R. Evid. 802.<br><br>P's response: Line will authenticate its own website's privacy policy. This is Line's "business record" and Line's own statements offered against it. Relevant to willfulness. | | |
| 218 | AUGUST000379-412 (Terms of use) | P's response: Line | D's objection: Irrelevant, unfair prejudice, confusing the issues, misleading the jury, Fed. R. Evid. 401-03. Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Line will | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | authenticate its own website's terms of use. This is Line's "business record" and Line's own statements offered against it. Relevant to willfulness. | | |
| 219. | AUGUST000432-47 (Terms of use, wayback) | P's response: Line | D's objection: Irrelevant, unfair prejudice, confusing the issues, misleading the jury, Fed. R. Evid. 401-03. Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Line will authenticate its own website's terms of use. This is Line's | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | "business record" and Line's own statements offered against it. Relevant to willfulness. | | |
| 220 | AUGUST000448-63 (Terms of use, wayback) | P's response: Line | D's objection: Irrelevant, unfair prejudice, confusing the issues, misleading the jury, Fed. R. Evid. 401-03. Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.

P's response: Line will authenticate its own website's terms of use. This is Line's "business record" and Line's own statements offered against | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | it. Relevant to willfulness. | | |
| 221 | AUGUST000464-80 (Terms of use, wayback) | P's response: Line | D's objection: Irrelevant, unfair prejudice, confusing the issues, misleading the jury, Fed. R. Evid. 401-03. Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Line will authenticate its own website's terms of use. This is Line's "business record" and Line's own statements offered against it. Relevant to willfulness. | | |
| 222 | AUGUST000481-97 (Terms of use, wayback) | P's response: Line | D's objection: Irrelevant, unfair | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | prejudice, confusing the issues, misleading the jury, Fed. R. Evid. 401-03. Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Line will authenticate its own website's terms of use. This is Line's "business record" and Line's own statements offered against it. Relevant to willfulness. | | |
| 223 | AUGUST000498-514 (Terms of use, wayback) | P's response: Line | D's objection: Irrelevant, unfair prejudice, confusing the issues, misleading the jury, Fed. R. | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | Evid. 401-03. Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802. <br><br> P's response: Line will authenticate its own website's terms of use. This is Line's "business record" and Line's own statements offered against it. Relevant to willfulness. | | |
| 224. | N/A | | | | |
| 225. | N/A | | | | |
| 226. | N/A | | | | |
| 227. | AUGUST000603-13 (Lifestyle page) | P's response: Line | D's objection: Irrelevant, unfair prejudice, confusing the issues, misleading the jury, Fed. R. Evid. 401-03. | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Line will authenticate its own website's "lifestyle" page on which it publishes its celebrity net worth blog series. This is Line's "business record" and Line's own statements offered against it. Relevant to willfulness. | | |
| 228 | AUGUST000725-77 (Unredacted licensing invoices)<br><br>Ex. 228(A) – AUGUST000725-36 | P's response: August | D's objection: Irrelevant, unfair prejudice, confusing the issues, misleading the jury, Fed. R. Evid. 401-03. | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Ex. 228(B) – AUGUST000737-38 | | Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802. | | |
| | Ex. 228(C) – AUGUST000739-40 | | | | |
| | Ex. 228(D) – AUGUST000741 | | | | |
| | Ex. 228(E) – AUGUST000742 | | P's response: August will authenticate its own licensing invoices. These are August's "business records." Relevant to damages. | | |
| | Ex. 228(F) – AUGUST000743 | | | | |
| | Ex. 228(G) – AUGUST000744 | | | | |
| | Ex. 228(H) – AUGUST000746 | | | | |
| | Ex. 228(I) – AUGUST000747 | | | | |
| | Ex. 228(J) – AUGUST000748 | | | | |
| | Ex. 228(K) – AUGUST000749 | | | | |
| | Ex. 228(L) – AUGUST000750 | | | | |
| | Ex. 228(M) – AUGUST000751 | | | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Ex. 288(N) – AUGUST000752 | | | | |
| | Ex. 288(O) – AUGUST000753 | | | | |
| | Ex. 228(P) – AUGUST000754 | | | | |
| | Ex. 228(Q) – AUGUST000755 | | | | |
| | Ex. 228(R) – AUGUST000756 | | | | |
| | Ex. 228(S) – AUGUST000757 | | | | |
| | Ex. 228(T) – AUGUST000758 | | | | |
| | Ex. 228(U) – AUGUST000759 | | | | |
| | Ex. 228(V) – AUGUST000760 | | | | |
| | Ex. 228(W) – AUGUST000761 | | | | |
| | Ex. 228(X) – AUGUST000762 | | | | |
| | Ex. 228(Y) – AUGUST000763 | | | | |
| | Ex. 228(W) - AUGUST000764-65 | | | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Ex. 228(Z) – AUGUST000766<br><br>Ex. 228(AA) - AUGUST000767<br><br>Ex. 228(AB) – AUGUST000768<br><br>Ex. 228(AC) – AUGUST000769-70<br><br>Ex. 228(AD) – AUGUST000771-72<br><br>Ex. 228(AE) – AUGUST000773<br><br>Ex. 228(AF) – AUGUST000774<br><br>Ex. 228(AG) – AUGUST000775-76<br><br>Ex. 228(AH) – AUGUST000777 | | | | |
| 229. | AUGUST0000778-80 (Streiber application) | | D's objection: Irrelevant, unfair prejudice, confusing the issues, misleading the | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | jury, Fed. R. Evid. 401-03. Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802. | | |
| 230 | AUGUST000861-68 (Licensing invoices)<br><br>Ex. 230(A) – AUGUST000861-62<br><br>Ex. 230(B) – AUGUST000863<br><br>Ex. 230(C) – AUGUST000864<br><br>Ex. 230(D) – AUGUST000865<br><br>Ex. 230(E) – AUGUST000866<br><br>Ex. 230(F) – AUGUST000867<br><br>Ex. 230(G) - AUGUST000868 | P's response: August | D's objection: Irrelevant, unfair prejudice, confusing the issues, misleading the jury, Fed. R. Evid. 401-03. Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: August will authenticate its own licensing invoices. These | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | are August's "business records." Relevant to damages. | | |
| 231 | AUGUST000928-33 (Celebrity net worth posts on Line's website) | P's response: Line | D's objection: Irrelevant, unfair prejudice, confusing the issues, misleading the jury, Fed. R. Evid. 401-03. Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Line will authenticate its own celebrity net worth posts on its own website. This is Line's "business record" and Line's own statements offered against | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | it. Relevant to willfulness. | | |
| 232 | AUGUST000934-57 (Canva IP policy and terms of use) | P's response: Line | D's objection: Irrelevant, unfair prejudice, confusing the issues, misleading the jury, Fed. R. Evid. 401-03. Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: *See* No. 12. | | |
| 233 | AUGUST000958-64 (Envato acceptable use policy) | P's response: Line | D's objection: Irrelevant, unfair prejudice, confusing the issues, misleading the jury, Fed. R. Evid. 401-03. Foundation, Fed. R. Evid. 901. Lack of | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: *See* No. 11. | | |
| 234. | N/A | | | | |
| 235. | AUGUST000984-1056 (Takedown correspondence to wallpaper websites, Twitter) | | | | |
| 236. | N/A | | | | |
| 237. | LF (AUGUST) – 000001-29 (Initial Complaint) | P's response: Line | | | |
| 238. | LF (AUGUST) – 000044 (Web stories) | P's response: Line | | | |
| 239. | LF (AUGUST) – 000053-59 (Electronic communication agreement, wayback) | P's response: Line | D's objection: Irrelevant, unfair prejudice, confusing the issues, misleading the jury, Fed. R. Evid. 401-03. Foundation, Fed. R. Evid. 901. Lack of personal knowledge, | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Line produced this document and will authenticate its own "electronic communication agreement" from its own website. This is Line's "business record" and Line's own statements offered against it. Relevant to willfulness. | | |
| 240 | LF (AUGUST) – 000060-73 (Line's website, wayback) | P's response: Line | D's objection: Irrelevant, unfair prejudice, confusing the issues, misleading the jury, Fed. R. Evid. 401-03. Foundation, Fed. R. Evid. 901. Lack of | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802.<br><br>P's response: Line produced this document and will authenticate its own website. This is Line's "business record" and Line's own statements offered against it. Relevant to willfulness. | | |
| 241. | N/A | | | | |
| 242. | N/A | | | | |
| 243. | Line's Second Supp. Resp. to RFAs | P's response: Line | | | |
| 244. | Line's Second Supp. Resp. to ROGs | P's response: Line | | | |
| 245. | Line's Second Supp. Resp. to RFPs | P's response: Line | | | |
| 246. | Line's Further Supp. Resp. to ROGs | P's response: Line | | | |
| 247. | Line's Further Supp. Resp. to RFPs | P's response: Line | | | |

JOINT EXHIBIT LIST

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 248. | Line's Supp. Resp. to 2d ROGs | P's response: Line | | | |
| 249. | Line's Supp. Resp. to 2d RFPs | P's response: Line | | | |
| 250. | Line's Add'l Further Supp. Resp. to ROGs | P's response: Line | | | |
| 251. | Exhibit 1 to the First Amended Complaint (ECF No. 45-1) | D's Response: August | | | |
| 252. | Transmittal emails from August regarding document productions | D's Response: August | P's objection: Fed. R. Evid. 401-03 (not relevant, would mislead and confuse jury, unfairly prejudice August), 602 (no personal knowledge), 801-03 (hearsay), 901 (lacks authentication)<br><br>D's response: The exhibit is relevant and is not outweighed by any of the dangers enumerated in FRE 403. | | |
| 253. | AUGUST001079-AUGUST001102 | | D's objection: Hearsay, Fed. R. Evid. 802; | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | (Photographer declarations)<br><br>253(A) - Lubomirski AUGUST001079- AUGUST001080<br><br>253(B) - Eccles AUGUST001081- AUGUST001082<br><br>253(C) - Streiber AUGUST001083- AUGUST001084<br><br>253(D) - Hargrave AUGUST001085- AUGUST001086<br><br>253(E) - Bowen Smith AUGUST001087- AUGUST001088<br><br>253(F) - Mossevelde AUGUST001089- AUGUST001090<br><br>253(G) - Slijper AUGUST001091- AUGUST001092<br><br>253(H) - Pugliese AUGUST001093- AUGUST001094 | | Violates writing requirement under 17 U.S.C. § 204; Inadmissible Parol Evidence. *Marine Midland Bank–Southern v. Thurlow*, 53 N.Y.2d 381, 442 N.Y.S.2d 417, 425 N.E.2d 805 (1981); Best Evidence FRE 1002. | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | 253(I) - Mann AUGUST001095-AUGUST001096<br><br>253(J) - Schoeller AUGUST001097-AUGUST001098<br><br>253(K) - Mobley AUGUST001099-AUGUST001100<br><br>253(L) - Asgharnia AUGUST001101-AUGUST001102 | | | | |
| 254. | Notice of Trial Subpoenas | | P's objection: Fed. R. Evid. 401-03 (not relevant, would mislead and confuse jury, unfairly prejudice August), 602 (no personal knowledge), 801-03 (hearsay), 901 (lacks authentication)<br><br>D's response: The exhibit is relevant and is not outweighed by any of the dangers | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | enumerated in FRE 403. | | |
| 255. | Proof of Service of Trial Subpoenas re Brian Bowen Smith | | P's objection: Fed. R. Evid. 401-03 (not relevant, would mislead and confuse jury, unfairly prejudice August), 602 (no personal knowledge), 801-03 (hearsay), 901 (lacks authentication)  D's response: The exhibit is relevant and is not outweighed by any of the dangers enumerated in FRE 403. | | |
| 256. | LF (AUGUST) – 000092-117 (Privacy policy, wayback) | P's response: Line | D's objection: Irrelevant, unfair prejudice, confusing the issues, misleading the jury, Fed. R. Evid. 401-03. | | |

| # | Description | Witness Establishing Foundation | Objections and Responses | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | Foundation, Fed. R. Evid. 901. Lack of personal knowledge, Fed. R. Evid. 602. Hearsay, Fed. R. Evid. 802. | | |
| 257. | Order on Informal Discovery Conference (ECF No. 52) | | P's objection: Fed. R. Evid. 401-03 (not relevant, would mislead and confuse jury), 602 (no personal knowledge), 801-03 (hearsay), 901 (lacks authentication) | | |

Respectfully submitted,

Dated: February 21, 2025          By:     /s/ *Stephen M. Doniger*
                                          Stephen M. Doniger, Esq.
                                          Benjamin F. Tookey, Esq.
                                          DONIGER /BURROUGHS
                                          Attorneys for Plaintiff

Dated: February 21, 2025          By:     /s/ *Morgan E. Pietz*
                                          Morgan E. Pietz (SBN 260629)
                                          morgan@pstrials.com
                                          Matthew A. Trejo (SBN 320464)
                                          matt@pstrials.com
                                          PIETZ & SHAHRIARI, LLP
                                          6700 S. Centinela Avenue, 2nd Floor
                                          Culver City, CA 90230
                                          Telephone: (310) 424-5557
                                          Facsimile: (310) 597-4626
                                          Attorneys for Defendants


       Pursuant to Civil L.R. 5-4, the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

JOINT EXHIBIT LIST