# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC, a New York Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>LINE FINANCIAL PBC, a Delaware Corporation; and DOES 1-10,<br><br>    Defendant(s). | Case No. 2:23-cv-05492-MWC-AS<br><br>**ORDER GRANTING LINE PBC'S *EX PARTE* APPLICATION FOR AN ORDER COMPELLING COMPLIANCE WITH TRIAL SUBPOENA TO BRIAN BOWEN SMITH (DKT. 144)** |

On February 20, 2025, Defendant Line Financial PBC ("Line PBC") applied *ex parte* for an order compelling compliance with a trial subpoena that, according to the attached proof of service, was personally served on photographer Brian Bowen Smith on February 6, 2025. Pietz Decl., **Exh. B**.

Counsel for Mr. Bowen Smith served written objections on February 19, 2025. Pietz Decl., **Exh. C**.

After due consideration of the papers and the parties' arguments, the Court hereby GRANTS the application, as follows:

    (a)    Mr. Bowen Smith is ORDERED to complete a diligent search and reasonable inquiry and produce, by bringing with him to the Courtroom 6A of the above-titled Court by 9:00 a.m. Tuesday February 25, 2025, all documents responsive to the following eight requests for production included in the subpoena to him: RFP Nos. 6, 11, 13, 14, 17, 19, 25, and 35. Pietz Decl., **Exh B**.

    (b)    Mr. Bowen Smith is ORDERED to appear in Courtroom 6A of the above-titled Court at 9:00 a.m. Tuesday February 25, 2025, so that he can be examined under oath, outside of the presence on the jury, per FRE 104, in order to enable the Court to adjudicate any objections (Pietz Decl., **Exh. C**), including those asserting that unspecified document requests "seek information that may be protected by the attorney-client privilege and/or work-product doctrine" and to otherwise address any admissibility issued related to his subpoena return.

    (c)    Mr. Bowen Smith is ORDERED to be present in the courthouse to testify before the jury beginning at 1:30 p.m. on Wednesday February 26, 2025, and he will remain present in the courthouse from that time until excused or otherwise ordered to return by the Court.

/ / /
/ / /
/ / /
/ / /

**IT IS SO ORDERED.**

DATED: February 24, 2025        BY: _____

                                           Honorable Michelle Williams Court
                                           United States District Judge