**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AUGUST IMAGE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LINE FINANCIAL, PBC, et al., <br><br> Defendants. | Case No. 2:23-cv-05492-MWC-AS <br><br> **ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION (DKT. 145)** |

In consideration of Plaintiff's ex parte application to amend the final pretrial conference order (Dkt. 143) to conform to the Court's Summary Judgment and Reconsideration Orders (Dkts. 91, 131) or alternatively permit August Image, LLC to offer the previously-filed photographer declarations at trial, the Court **DENIES** the ex parte application.

**IT IS SO ORDERED.**

Dated: February 24, 2025      By: _____

Hon. Michelle W. Court
United States District Judge

- 1 -