# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | LA CV23-05492-MWC-AS |
| Title: | August Image, LLC v. Line Financial, PBC |
| Date | February 24, 2025 |

**Present: The Honorable** MICHELLE WILLIAMS COURT, UNITED STATES DISTRICT JUDGE

| T. Jackson | CourtSmart |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Stephen Doniger/Benjamin Tookey | Matthew Trejo/Morgan Pietz |

___ Day Court Trial    1ST Day Jury Trial

___ One day trial;  X  Begun (1st day);  X  Held & Continued;  ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by _____
___ Witnesses called, sworn and testified.  ___ Exhibits Identified  ___ Exhibits admitted.
___ Plaintiff(s) rest.  ___ Defendant(s) rest.
___ Closing arguments made by  ___ plaintiff(s)  ___ defendant(s).  ___ Court instructs jury.
___ Bailiff(s) sworn.  ___ Jury retires to deliberate.  ___ Jury resumes deliberations.
___ Jury Verdict in favor of  ___ plaintiff(s)  ___ defendant(s) is read and filed.
___ Jury polled.  ___ Polling waived.
___ Filed Witness & Exhibit Lists  ___ Filed jury notes.  ___ Filed jury instructions.
___ Judgment by Court for _____  ___ plaintiff(s)  ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by  ___ plaintiff(s)  ___ defendant(s).
___ Case submitted.  ___ Briefs to be filed by _____
___ Motion to dismiss by _____ is  ___ granted.  ___ denied.  ___ submitted.
___ Motion for mistrial by _____ is  ___ granted.  ___ denied.  ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is  ___ granted.  ___ denied.  ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
✓ Case continued to February 25, 2025, at 8:30 a.m. for further trial/further jury deliberation.
✓ Other: Defendant's Ex Parte Application (Dkt. 144) is GRANTED. Plaintiff's Ex Parte Application (Dkt. 145) is DENIED, without prejudice. Orders to follow.

: 47

Initials of Deputy Clerk  TJ

cc: