# TRANSCRIPT ORDER FORM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. (Additional instructions on next page.)

COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Jessica Martinez | 2a. Contact Phone Number: 310-424-5557 | 3a. Contact E-mail Address: admin@pstrials.com |
| 1b. Attorney Name (if different): Morgan E. Pietz | 2b. Attorney Phone Number: 310-424-5557 | 3b. Attorney E-mail Address: morgan@pstrials.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
Morgan E. Pietz, Esq.
PIETZ & SHAHRIARI, LLP
6700 S. Centinela Ave., Fl 2
Culver City, CA 90230

5. Name & Role of Party Represented: Defendant Line Financial PBC

6. Case Name: August Image, LLC v. Line Financial PBC

7a. District Court Case Number: 2:23-cv-05492-MWC-AS

7b. Appeals Court Case Number:

8. INDICATE WHETHER PROCEEDING WAS (choose only one per form):
[X] DIGITALLY RECORDED
[ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER:

9. THIS TRANSCRIPT ORDER IS FOR:  [ ] Appeal  [X] Non-Appeal    [ ] Criminal  [X] Civil    [ ] CJA  [X] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):
You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

a. HEARING(S) OR PORTIONS OF HEARINGS (Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/14/2025 | | MWC | Full Transcript | (●) | ( ) | ( ) | ( ) | ( ) | ( ) | (●) ____ | 3-Day |
| | | | | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) ____ | |
| | | | | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) ____ | |
| | | | | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) ____ | |
| | | | | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) ____ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 02/27/2025     Signature: /s/ Morgan E. Pietz

G-120 (06/18)