**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AUGUST IMAGE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LINE FINANCIAL, PBC, et al., <br><br> Defendants. | Case No. 2:23-cv-05492-MWC-AS <br><br> **ORDER RE PLAINTIFF'S EX PARTE APPLICATION AND MOTIONS IN LIMINE NOS. 2-3 (DKT. 152)** |

In consideration of Plaintiff's ex parte application, and for good cause shown, the Court hereby ORDERS the following:

Plaintiff's ex parte application is DENIED, as moot.

Dated: February 27, 2025      By: _____
                                                Hon. Michelle W. Court
                                                United States District Judge

-1-