**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AUGUST IMAGE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LINE FINANCIAL, PBC, et al.,<br><br>Defendants. | Case No. 2:23-cv-05492-MWC-AS<br><br>**ORDER RE PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO AMEND PLAINTIFF'S WITNESS LIST (DKT. 154)** |

In consideration of Plaintiff's ex parte application to amend its witness list, the Court hereby ORDERS the following:

Plaintiff's ex parte application is DENIED, as moot.

Dated: February 27, 2025         By: _____
                                     Hon. Michelle W. Court
                                     United States District Judge