Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| August Image, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Line Financial, PBC, et al.,<br><br>Defendants. | Case No. 2:23-cv-05492-MWC-AS<br><u>Hon. Michelle W. Court Presiding</u><br><br>**JOINT STIPULATION TO DISMISS ACTION** |

1
STIPULATION TO DISMISS ACTION

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff August Image, LLC, and Defendant Line Financial, PBC, hereby jointly STIPULATE as follows:

1. The action is hereby dismissed in its entirety with prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

This stipulation is made pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

SO STIPULATED.

Dated: March 6, 2025     By:    /s/ Stephen M. Doniger
                                Stephen M. Doniger, Esq.
                                Benjamin F. Tookey, Esq.
                                DONIGER / BURROUGHS
                                *Attorneys for Plaintiff*

Dated:  March 6, 2025    By:    /s/ Morgan E. Pietz
                                Morgan E. Pietz, Esq.
                                Matthew A. Trejo, Esq.
                                PIETZ & SHAHRIARI, LLP
                                *Attorneys for Defendant*

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.